64011. THOMAS v. THE STATE.

MCMURRAY, Presiding Judge.
Defendant was convicted for the offense of simple battery, his motion for new trial was filed, heard and denied. Defendant appeals. *Held:*
The sole enumeration of error is that there was insufficient evidence upon which a rational trier of fact could have found the defendant guilty beyond a reasonable doubt. Yet there was direct testimony by the victim that while he and defendant were in a motel room the defendant had hit him in the face with his fist and while the victim was on the floor defendant kicked him. As a result of this

incident he was hospitalized for a week with a broken jaw. We have examined the record and transcript and have made a determination that a rational trier of fact (the jury in the case sub judice) could reasonably have found from the evidence adduced at trial proof of guilt of the defendant beyond a reasonable doubt. See *Drake v. State,* 245 Ga. 798, 799 (267 SE2d 237); *Sanders v. State,* 246 Ga. 42 (1) (268 SE2d 628).

*Judgment affirmed. Banke and Birdsong, JJ., concur.*

DECIDED APRIL 30, 1982.

*M. Gene Gouge,* for appellant.
*Stephen A. Williams, District Attorney, Elida B. Steele, Assistant District Attorney,* for appellee.